COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:   In re Valero Refining – Texas, L.P. and Valero Refining Co. Texas, Relators

Appellate case number:   01-14-00149-CV

Trial court case number:   2012-56551

Trial court:   215th District Court of Harris County

It is ordered that Real Party in Interest Harris County Appraisal District's Motion for Rehearing is **denied**.

Judge's signature:  /s/ Rebeca Huddle_____
                              Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date:  November 20, 2014_____